ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY -1 PM 12: 22

CLERK _SMcCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ERIC BERNARD SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 305-161 |
| ) | |
| JAMES DONALD, Commissioner; ) | |
| PAUL THOMPSON; L. LOW; and ) | |
| DARYL HERMAN; ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Thompson and Donald are **DISMISSED**.

SO ORDERED this 1st day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE