ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 SEP 20 A 8: 32
CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| ERIC BERNARD SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) CV 305-161 |
| LISA LOWE and DERRYL HERMAN, | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED**, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of Defendants.

SO ORDERED this 20 day of September, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE