# United States District Court
## *Southern District of Georgia*

ERIC BERNARD SCOTT,

   Plaintiff,

## JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV305-161

LISA LOWE and DERRYL HERMAN,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court entered on September 20, 2007, adopting the Report and Recommendation of the Magistrate Judge and GRANTING the Defendants' motion for summary judgment. This civil action is CLOSED and final judgment stands ENTERED in favor of Defendants Lisa Lowe and Derryl Herman.

| | |
|---|---|
| September 20, 2007 | Scott L. Poff |
| Date | Clerk |
| | *Cindy Adams* |
| | *(By) Deputy Clerk* |